**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.      26-mj-8273-WM

**IN RE SEALED COMPLAINT**

_____/

FILED BY_____SW_____D.C.

Apr 13, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

<u>**CRIMINAL COVER SHEET**</u>

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _____
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1026417
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:   (561) 209-1043
Fax: (561) 820-8777
Katie.Wilson2@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NICHOLAS JOHN DINAPOLI, | ) | Case No.   26-mj-8273-WM |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

FILED BY_____SW_____D.C.

Apr 13, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 18-20, 2025_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transfer of Obscene Material to Minors |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Marisa Morris, FBI
_____
Printed name and title

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:  April 13, 2026

_____
Judge's signature

City and state:  _____West Palm Beach, FL_____

William Matthewman, Chief U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Marisa Morris, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Miami Division of the Federal Bureau of Investigation ("FBI") and have held this position since April 2021.  I am currently assigned to the FBI Miami Division's West Palm Beach Resident Agency.  Before becoming an FBI Special Agent, I worked for the FBI as a Staff Operations Specialist from September 2017 to December 2020 where I supported analysis of threats to national security.  I also hold a Bachelor of Arts degree as well as a Bachelor of Science degree from the University of Connecticut. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code.

2.      My current responsibilities include conducting federal investigations of violations involving crimes against children and human trafficking. As part of my responsibilities, I investigate crimes involving the sexual exploitation of minors, to include but not limited to, sex trafficking of minors, child pornography, and online enticement violations. I have received training on the proper investigative techniques for these violations, including the application and execution of arrest and search warrants.

3.      The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this

1

investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that NICHOLAS DINAPOLI violated 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors) and 18 U.S.C. § 2422(b) (Attempted Enticement of a Minor).

## PROBABLE CAUSE

4.      On or about September 20, 2025, the Bedford Police Department in Bedford, New York requested FBI assistance with an incident involving a minor female, year of birth 2011, hereinafter, "MINOR VICTIM 1," who had been involved in online communications with an individual on Snapchat,[1]  with username, "demondon_666," and display name, "Nick D," hereinafter, the "SUBJECT ACCOUNT."

5.      MINOR VICTIM 1 told the Bedford Police Department that on September 18, 2025, MINOR VICTIM 1 and her friends were involved in a group chat on the Snapchat application. MINOR VICTIM 1's friends began adding additional people to the conversation, and eventually the SUBJECT ACCOUNT was added to the group.

6.      MINOR VICTIM 1 indicated that when the SUBJECT ACCOUNT was added to the group conversation, the user sent multiple videos which contained sexual content, to include videos of unidentified females engaging in oral and vaginal sex with what appeared to be the user of the SUBJECT ACCOUNT.[2] MINOR VICTIM 1 told police that the SUBJECT ACCOUNT was the only user in the group conversation whose user was over the age of 16.

---

[1] Based on my training and experience, I know that Snapchat, a/k/a Snap Inc., is a mobile application that provides users a way to share photos, videos, and chats.

[2] Based on a Bedford Police Department report, MINOR VICTIM 1 reported that one of the videos provided by the SUBJECT ACCOUNT showed the face of the male in the video, which she stated was the male shown in the profile picture for the SUBJECT ACCOUNT. Notably, the videos are taken from the point of view of the person in the video.

7. After being added to the group conversation, the SUBJECT ACCOUNT added MINOR VICTIM 1 on Snapchat and the two began directly messaging each other in a private conversation outside of the group. At one point, the SUBJECT ACCOUNT told MINOR VICTIM 1 that he wanted to pick MINOR VICTIM 1 up from school and take her to a hotel so MINOR VICTIM 1 could give the SUBJECT ACCOUNT "sweaty sloppy little girl lap dances." The SUBJECT ACCOUNT further described wanting to tie MINOR VICTIM 1 up, restrain her, and do sex acts with her. The SUBJECT ACCOUNT repeatedly referred to MINOR VICTIM 1 as "little girl." MINOR VICTIM 1 asked the SUBJECT ACCOUNT if he knew what grade MINOR VICTIM 1 was in, to which the SUBJECT ACCOUNT replied, "you're a freshman in high school." The SUBJECT ACCOUNT then told MINOR VICTIM 1 he was turning 30 years old and liked the age gap between the two of them. MINOR VICTIM 1 told the SUBJECT ACCOUNT that was "severely illegal," and the SUBJECT ACCOUNT replied, "I know" and later sent a photo of a penis to MINOR VICTIM 1. The SUBJECT ACCOUNT asked MINOR VICTIM 1 if she had ever been, or planned to go, to Florida.

8. MINOR VICTIM 1 reported that she spent approximately an hour and a half on Snapchat phone calls with the SUBJECT ACCOUNT in the early morning hours of September 20, 2025. At one point during MINOR VICTIM 1 and the SUBJECT ACCOUNT's conversation on Snapchat, the SUBJECT ACCOUNT told MINOR VICTIM 1 his phone number was ***-***-2216, hereinafter "TARGET PHONE 1." Within a day, MINOR VICTIM 1 texted TARGET PHONE 1 and the user replied, "suck my cock little girl."

9. The FBI received information from AT&T in response to a subpoena on March 25, 2026, which contained subscriber information for TARGET PHONE 1. The information indicated

TARGET PHONE 1 was subscribed to Naomi Dinapoli. According to records on Florida's Driver and Vehicle Information Database (DAVID), Naomi Dinapoli is DINAPOLI's mother.

10.     Law enforcement databases attribute the TARGET PHONE 1 number as being used by DINAPOLI, with a residential address in Lake Worth, Florida (the "Lake Worth Address"). DAVID records likewise reflect that DINAPOLI resides at the Lake Worth Address.

11.     During their private conversation, which occurred either the same day as the group chat or within a few days of the group chat, MINOR VICTIM 1 sent TARGET PHONE 1 her address so the user could buy her Dunkin' Donuts to be delivered to her house. Law enforcement discovered the following conversation during a review of MINOR VICTIM 1's cell phone:

> MV1: "My dad came to my room and said I woke him up"
> MV1: "He's mad"
> TARGET PHONE 1: "Oh shit"
> MV1: "I'll call u when I'm in the clear"
> TARGET PHONE 1: "Yes call me"
> TARGET PHONE 1: "What's up"
> MV1: "I can't risk waking him up so I'll call u like later in the day"
> MV1: "Can u just text me when the order arrives plz"
> TARGET PHONE 1: "Ok babe"
> MV1: "Ty ty"
> TARGET PHONE 1: "I'm trying to stay up I was waiting for you"
> TARGET PHONE 1: "We can still text"
> TARGET PHONE 1: "I need to kiss your bellybutton. Lick it too [water and tongue emoji]"
> TARGET PHONE 1: "Let my 30 yr old pedo perv tongue poke and taste your navel after gym class. After you're all tired and sweaty and I taste your hot little girl sweat"
> TARGET PHONE 1: "Eat your wet sweaty teenage pussy make you quiver from my lips and tongue exploring you and spitting on you"

4

TARGET PHONE 1: "It's coming around 5:25"

MV1: "Does it say delivered"

12.     On or about September 20, 2025, TARGET PHONE 1 asked MINOR VICTIM 1 to send a photo of her belly. After MINOR VICTIM 1 sent the requested photo, TARGET PHONE 1 sent MINOR VICTIM 1 approximately $23.00 via Apple Cash. MINOR VICTIM 1's father saw the Apple Cash transaction, discovered his daughter was communicating with an unknown person online, and reported the incident to the authorities.

13.     On or about September 21, 2025, law enforcement requested location data for the SUBJECT ACCOUNT in response to the conversation with MINOR VICTIM 1. When searched on a map, the latitude and longitude provided by Snap Inc. for the SUBJECT ACCOUNT's location on September 20, 2025, corresponded to the apartment building for the Lake Worth Address.

14.     During MINOR VICTIM 1's communications with law enforcement, MINOR VICTIM 1 identified a minor male, year of birth 2010, hereinafter "MINOR VICTIM 2" as another participant in the Snapchat group chat on September 18, 2025.

15.     On September 22, 2025, the FBI and Bedford Police interviewed MINOR VICTIM 2. MINOR VICTIM 2 told law enforcement that another male in the chat added a man from Florida to the group. MINOR VICTIM 2 told law enforcement that when the SUBJECT ACCOUNT joined the chat, he posted videos of himself engaged in sex acts with other girls who appeared young enough that MINOR VICTIM 2 believed could have been minors.

16.     After being added to the group, the SUBJECT ACCOUNT began talking to MINOR VICTIM 2 in direct messages and calls outside of the group chat. During a video call between the SUBJECT ACCOUNT and MINOR VICTIM 2, the SUBJECT ACCOUNT told MINOR VICTIM 2 that he thought MINOR VICTIM 1 was hot, and that he wanted to fly to New

5

York and have sex with MINOR VICTIM 1. The SUBJECT ACCOUNT told MINOR VICTIM 2 that he had three phones – one for sex, one for photos, and one for dating and Snapchat.

17.    During the interview with law enforcement, MINOR VICTIM 2 was shown a photo of who law enforcement believes to be DINAPOLI and confirmed the individual in the photo was the user of the SUBJECT ACCOUNT he was referring to in the group chat.

18.    In December 2025, the FBI executed a search warrant in the Southern District of New York on Snap Inc. for the SUBJECT ACCOUNT. Information obtained pursuant to the search warrant revealed the user of the account had multiple conversations with individuals who identify themselves as minor females who acknowledged in those conversations that they were 14 or 15 years old.[3] Those conversations, and other conversations involving users of unknown ages, were often sexual in nature and contained photographs of what appear to be minor or age-difficult females in various stages of undress and nudity. In at least two of those conversations, including the conversation with MINOR VICITM 4 and MINOR VICTIM 6, one of which is described in more detail below, the SUBJECT ACCOUNT received nude images of the stated minor's breasts and/or genitalia.

19.    One of the conversations revealed in the search warrant return began in or before March 2025 and included a minor female, year of birth 2010, hereinafter referred to as "MINOR VICTIM 3." Contained in the conversation are the following messages from the SUBJECT ACCOUNT, dated August 30, 2025:

> SUBJECT ACCOUNT: "I wonder what you look like bouncing on old man daddy cock"

---

[3] This affidavit does not include a description of all of the conversations with minors found in the search warrant return.

SUBJECT ACCOUNT: "I turn 30 this month. I want to celebrate with you by putting my cock inside of you and rubbing it all over your soft little girl body"

20. According to DINAPOLI's date of birth listed in DAVID, DINAPOLI would have been approximately one month away from his 30th birthday at the time of these messages.

21. An additional conversation revealed in the search warrant return involved a minor female, year of birth unknown, hereinafter referred to as "MINOR VICTIM 6." On March 30, 2026, the FBI interviewed MINOR VICTIM 6. MINOR VICTIM 6 told law enforcement she remembered the SUBJECT ACCOUNT and that the user referred to himself as "Nick." MINOR VICTIM 6 met "Nick" on Snapchat when MINOR VICTIM 6 was around 15 or 16 years old. "Nick" told MINOR VICTIM 6 about other minors he spoke to in a sexual manner, and that the youngest "Nick" "did stuff" with was 12 years old. "Nick" told MINOR VICTIM 6 he had talked to at least 20 minors who he met via Snapchat and other websites, most of whom were around 15 years old.

22. MINOR VICTIM 6 reported that she talked to "Nick" on the following platforms: Snapchat, TikTok, FaceTime, direct text messages, and possibly Instagram. Among other information, MINOR VICTIM 6 reported that "Nick" and MINOR VICTIM 6 engaged in live video sex acts via FaceTime during which they would both masturbate while fully nude. Between about July 2024 and April 2025, "Nick" and MINOR VICTIM 6 conducted FaceTime calls about four times a week and had about 50 live calls in total. The last time "Nick" reached out to MINOR VICTIM 6 was around October or November of 2025. MINOR VICTIM 6 described "Nick" to the FBI as having tan skin, being approximately 5'10" or 5'11" tall, having a mustache, beard, and lots of hair on his chest. Based on photos recovered in the Snap Inc. search warrant return, this description is consistent with the user of the SUBJECT ACCOUNT.

7

23. An additional conversation revealed in the search warrant return involved a minor female, year of birth unknown, hereinafter referred to as "MINOR VICTIM 7."

24. Contained in the conversation are the following messages between MINOR VICTIM 7 and the SUBJECT ACCOUNT, which occurred on September 19, 2025, and September 20, 2025:

> SUBJECT ACCOUNT: "I wanna pick you up from school, take you to a motel, we get buzzed and high together and I make you give me sweaty sloppy little girl lap dances"
>
> …
>
> SUBJECT ACCOUNT: "What's the naughtiest most fun you've had with older men kiddo"
>
> …
>
> SUBJECT ACCOUNT: [sends photo of penis]
>
> SUBJECT ACCOUNT: "You're the best little girl there is. You're my favorite minor"
>
> MV7: "hehe [laughing emoji] I'm glad I better be"
>
> SUBJECT ACCOUNT: "You are kiddo"
>
> SUBJECT ACCOUNT: "Can I see more of you baby"
>
> SUBJECT ACCOUNT: "I very much would love to see your flat tummy and cute belly button"
>
> MV7: [sends photo of a young female in underwear]
>
> MV7: "i looked kinda fat in that one :("
>
> SUBJECT ACCOUNT: "You're absolutely perfect kiddo. I love your flat smooth 15 yr old body and pierced belly button. Soft white skin looks so tasty"
>
> MV7: "okk [smile and laughing emojis]"
>
> SUBJECT ACCOUNT: "When did you turn 15 baby"
>
> SUBJECT ACCOUNT: "Dec?"
>
> MV7: "no that birthdays wrong [frown emoji]"
>
> SUBJECT ACCOUNT: "When did you turn 15 babe"

MV7: "like 2 or 3 months ago [frown emoji]"

SUBJECT ACCOUNT: "Oh wow freshly 15. Practically 14 still baby"

…

SUBJECT ACCOUNT: "I love that kiddo"

MV7: "oh ok : )) "

…

SUBJECT ACCOUNT: "What grade are you in baby"

MV7: "9thhh [frown emoji]"

SUBJECT ACCOUNT: "That's so hot baby"

SUBJECT ACCOUNT: "I can pay you a visit one day and we can spend time all weekend and I tie you up and I touch you and molest you"

MV7: "I dunno where cause we can't at my house [frown emoji]"

SUBJECT ACCOUNT: "Of course lol never at your house"

SUBJECT ACCOUNT: "I can get a motel and you'll be free to be naked and silly as much as you want"

SUBJECT ACCOUNT: "I wanna snort cocaine off of your tummy and bellybutton"

MV7: "only if you share [sad emoji]"

MV7: "urghhh your so perfect"

SUBJECT ACCOUNT: "Of course little girl"

SUBJECT ACCOUNT: "I wanna see you on cocaine all 15 and naked and silly"

…

SUBJECT ACCOUNT: [sends photos of a penis]

SUBJECT ACCOUNT: "I'd love to see more of you kiddo"

MV7: "I can't right not [frown emoji]"

MV7: "now **"

…

SUBJECT ACCOUNT: "I need to spread your legs apart and hold a vibrator against your little girl pussy"

…

SUBJECT ACCOUNT: "Shove my cock in your underage pussy and make it throb inside of you to show you how much I love you"

9

…

SUBJECT ACCOUNT: "I'm just kinda lit trying to sleep right now thinking about you"

SUBJECT ACCOUNT: "I need to see more of you kid"

MV7: "oopsies hold up I can try to"

MV7: [sends photo of exposed breast]

SUBJECT ACCOUNT: "Good kiddo"

…

MV7: [sends photo of clothed female with exposed stomach]

SUBJECT ACCOUNT: "You need to take your clothes off"

…

SUBJECT ACCOUNT: "You're my favorite minor"

…

SUBJECT ACCOUNT: "Get naked for daddy"

MV7: [sends photo of exposed breast]

SUBJECT ACCOUNT: "Perfectittlr girl you are"

SUBJECT ACCOUNT: "Set your phone up and pose for me standing up nakes"

SUBJECT ACCOUNT: "Naked"

25.     In October 2025, Snap Inc. produced records to the FBI in response to a subpoena. The records showed that the account with username "demondon_666" was created on June 7, 2024, had display name "Nick D," and was associated with telephone number ***-***-3245, hereinafter, "TARGET PHONE 2."[4]

26.     On March 27, 2026, the FBI received information from T-Mobile in response to a subpoena requesting subscriber information for TARGET PHONE 2. The information showed that on June 7, 2024, when the SUBJECT ACCOUNT was created, TARGET PHONE 2's subscriber was NICHOLAS DINAPOLI, with the Lake Worth Address as the address.

---

[4] As stated above, the SUBJECT ACCOUNT told MINOR VICTIM 2 that he had more than one cell phone.

10

27.     As of March 30, 2026, DAVID lists DINAPOLI's address as the Lake Worth Address. DAVID records also indicate that a 2021 White Toyota sedan with Florida Tag # PEMK30 ("Subject Vehicle") is registered to DINAPOLI.

28.     On March 17, 2026, your affiant conducted physical surveillance in the vicinity of the Lake Worth Address. During the surveillance, a male appearing substantially similar to self-portraits found withing the SUBJECT ACCOUNT departed the area in the Subject Vehicle.

29.     On March 25, 2026, your affiant conducted physical surveillance on the Subject Vehicle in the vicinity of an address in Palm Beach Gardens, Florida ("Palm Beach Gardens Address"). During the surveillance, the Subject Vehicle parked near an office complex and a male appearing substantially similar to DINAPOLI exited the vehicle.

30.     In September 2025, the FBI received information from Comcast in response to a subpoena for data related to IP address 23.31.63.125, which was identified in access logs for the SUBJECT ACCOUNT. Comcast information showed the IP address in question was registered to a business at the Palm Beach Gardens Address.

31.     In October 2025, the FBI received additional information from Snap Inc. in response to a subpoena requesting IP data for the SUBJECT ACCOUNT. The information revealed IP address 23.31.63.125 was used to access the SUBJECT ACCOUNT on September 18, 2025, when MINOR VICTIM 1 and MINOR VICTIM 2 reported the SUBJECT ACCOUNT had been in contact with them.

32.     Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that from on or about September 18, 2025 through September 20, 2025, NICHOLAS DINAPOLI violated 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors), based on his communications with MINOR VICTIM 1 and MINOR VICTIM 7, and

11

violated 18 U.S.C. § 2422(b) (Attempted Enticement of a Minor), based on his communications with MINOR VICTIM 7.

FURTHER AFFIANT SAYETH NAUGHT

_____
Marisa Morris
Special Agent, Federal Bureau of Investigation

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1. on April 13th , 2026.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:        NICHOLAS JOHN DINAPOLI

**Case No**:   26-mj-8273-WM

Count #: 1-2

Transfer of Obscene Material to Minors

In violation of Title 18, United States Code, Section 1470
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment**: $100

Count #: 3

Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity

In violation of Title 18, United States Code Section 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to Life
* **Max. Fine:** $250,000
* **Special Assessment**: $100 and $5,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**